

| | | |
|---|---|---|
| | IN NEVADA:<br>9268 DAMES ROCK PLACE<br>LAS VEGAS, NEVADA<br>89148  U.S.A. | IN NEW YORK:<br>133 WEST 72ND STREET<br>NEW YORK, NEW YORK<br>10023 U.S.A. |

**555 EAST OCEAN BOULEVARD, SUITE 501**
**LONG BEACH, CALIFORNIA**
**90802 U.S.A.**
**voice (562) 495-9501**
**fax (562) 495-3674**                                               PLEASE RESPOND TO:   LONG BEACH

March 7, 2023

### ECF Letter - Personal Electronic Device Request

Clerk to:
The Honorable Colleen J. McMahon
United States District Court Judge
UNITED STATES DISTRICT COURT
500 Pearl Street
New York, New York 10007-1312

                Re: IN RE MAERSK ESSEN VOYAGE 051 CASES
                Lead Case: 1:21 cv-08183 (CM)
                CMC date: March 23, 2023
                Our Ref: 3536 (General)

Dear Madam/Sir:

      This office represents Plaintiff Starr Indemnity & Liability Company in several consolidate cases involving the captioned casualty.  I am traveling long distance and have file calendar and file material on cell phone and laptop computer. Accordingly, I respectfully seek an Order allowing me to bring my cellular telephone and laptop computer to Courtroom 24A for the above referenced Status Conference. Compliance with Standing Order M10-468 is confirmed. A copy of a Proposed Order is attached.

      I believe all other counsel are advised of this request via their participation in CM/ECF. Thank you.

                                                    Respectfully submitted,

                                                   CAMMARANO LAW GROUP

                                                   */S/Dennis A. Cammarano*

                                                   Dennis A. Cammarano

Enclosure as above
DAC/hs
3536Clerk toJudgeMcMahon030722